1  MICHELE BECKWITH
   Assistant United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 GURINDER S SEKHON,                      CASE NO.  2:24-CV-01152-TLN-AC

12                        Plaintiff,       STIPULATION AND ORDER FOR EXTENSION
                                           OF STAY
13           v.

14 UR JADDOU, ET AL.,

15                        Defendants.

16

17

18       The Defendants respectfully request an extension of the stay in this matter, and counsel for

19 Plaintiff does not oppose.  This matter is currently stayed through April 22, 2025.  In this case, Plaintiff

20 alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling

21 an interview on his pending asylum application, which he filed in 2015.  USCIS has rescheduled

22 Plaintiff's asylum interview for March 3, 2025.  The parties anticipate that this lawsuit will be rendered

23 moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do

24 so within 120 days following the successful complete of Plaintiff's rescheduled interview.

25 / / /

26 / / /

27 / / /

28
                                          1

1    The parties therefore stipulate that this matter be stayed through July 2, 2025.  The parties further

2    request that all other filing deadlines be similarly extended.

3

4    Respectfully submitted,

5

6    Dated:  February 11, 2025                        MICHELE BECKWITH
                                                      Acting United States Attorney
7

8                                             By:    /s/ ELLIOT C. WONG
                                                      ELLIOT C. WONG
9                                                     Assistant United States Attorney

10

11    Dated: February 11, 2025                  By:    /s/ CHRISTINA SULLIVAN CASTRO
                                                      CHRISTINA SULLIVAN CASTRO
12                                                     Counsel for Plaintiff

13

14

15                    **IT IS SO ORDERED.**

16    Dated:  February 13, 2025

17                                                      _____
                                                      Troy L. Nunley
                                                      Chief United States District Judge
18

19

20

21

22

23

24

25

26

27

28